KELLY, Appellant, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Action by Ellen Kelly, as administratrix, etc., against the president, managers, and company of the Delaware & Hudson Canal Company. No opinion. Judgment affirmed, with costs.

KENNEDY, Respondent, v. FRIEDERICHS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by William J. Kennedy against John J. Friederichs and others. No opinion. Judgment and order affirmed, with costs. All concur, except McLENNAN and SMITH, JJ., who dissent.

KENNEDY v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Action by Thomas Kennedy against the mayor, aldermen, and commonalty of the city of New York. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 261.

KERN v. LEHIGH VAL. R. CO. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) Action by John C. Kern, as administrator, against the Lehigh Valley Railroad Company. No opinion. Motion granted.

KESSELHOCK, Respondent, v. ROBESON CUTLERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Action by Philip Kesselhock against the Robeson Cutlery Company. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide the event. Held, that the cause of action arose in Wyoming county.

KINNEY, Respondent, v. WELLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Joseph R. Kinney against William J. Weller and another. No opinion. Application to compel justice to make further return denied, without costs. Appellants may discontinue appeal, without costs.

KLEIN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. December 27, 1899.) Action by Joseph Klein against the Metropolitan Street-Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Horwitz & Samuels, for respondent.
PER CURIAM. Judgment and order appealed from affirmed, with costs.

KOLB v. DAVIS. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Rosalie Kolb against Lena Davis. No opinion. Motion granted, with $10 costs.

KRALL v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 8, 1899.) Action by Caroline Krall against the city of New York. No opinion. Motion denied, with $10 costs. See 60 N. Y. Supp. 661.

LANGER, Respondent, v. GROSS et al., Appellants. (City Court of New York, General Term. December 29, 1899.) Action by Ida Langer against Max Gross and another. From a judgment entered upon a verdict in favor of the plaintiff, and from an order denying a motion for a new trial, defendants appeal. Affirmed. Louis Levy, for appellants. Vorhans & Fisher, for respondent.
PER CURIAM. Judgment and order appealed from affirmed, with costs.

LAVELLE, Respondent, v. SYRACUSE RAPID-TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by John Lavelle against the Syracuse Rapid-Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

LAWLER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Michael J. Lawler against the New York Central & Hudson River Railroad Company.
PER CURIAM. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event. Held, that the instructions of the trial court to the jury upon the question of damages were calculated to mislead the jury, and that the verdict is excessive.

LEMON, Respondent, v. SMITH et al., Appellants (two cases). (Supreme Court, Appellate Division, Third Department. December 12, 1899.) Actions by J. Samuel Lemon, as administrator, etc., against Arthur J. Smith and another, as executors, etc. No opinion. Order affirmed, with $10 costs and disbursements. See 47 N. Y. Supp. 158.

LENDOWSKI, Respondent, v. SYRACUSE RAPID-TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Gottlieb Lendowski against the Syracuse Rapid-Transit Railway Company. No opinion. Judgment and order affirmed, with costs.

LIGHTFOOT, Respondent, v. LIGHTFOOT et al., Respondents (CHILTON, Appellant). (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Action by James Lightfoot, individually and as administrator, etc., against John H. Lightfoot and others, and Ernest G. Chilton, referee. No opinion. Order modified by adding $10 to the fees of the referee, and striking out $10 costs of motion below, and, as so modified, affirmed.

LONG, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by Kate Long, as administratrix, et